UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** Annamarie McAnelly | **Case No :** 10-28419 - C - 7<br>**Date :** 12/14/2010<br>**Time :** 09:30 |
| **Matter :** | [13] - Motion/Application for Relief from Stay [MWP-1] Filed by Creditor HLS 10-1075 Series 2, LLC (Fee Paid $150) (pdes) |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Christopher M. Klein<br>Teresa Jackson<br>Diamond Reporters<br>C |

**APPEARANCES for :**
**Movant(s) :**
　　Creditor's Attorney - John Orcutt, specially appearing
**Respondent(s) :**
　　Debtor(s) Attorney - Kimberlee A. Rode
　　Debtor - Annamarie McAnelly

CIVIL MINUTE ORDER

Default having been entered and good cause appearing.

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as: 1456 Oregon Drive, Sacramento, CA, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law.

The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.


Dated: December 22, 2010

_____
United States Bankruptcy Judge